```
RECEIPT # 52622
AMOUNT $ 150.00
SUMMONS ISSUED YES
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK. Kim Howard
DATE 12/18/03
```

FILED
IN CLERKS OFFICE

2003 DEC 18 P 3: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN W. REGAN, and,
KAREN S. REGAN,

          Plaintiffs

v.

BOAT WORLD, and,
POWER BROKERS, INC.,

          Defendants.

CIVIL ACTION NO.

**03-12548 EFH**

MAGISTRATE JUDGE Alexander

## COMPLAINT

NOW COME Plaintiffs herein, JOHN W. REGAN and KAREN S. REGAN [ the "REGANS" ], and for their complaint state as follows:

### THE PARTIES

1. Plaintiff REGANS are individuals resident of the Town of Sudbury, in the Commonwealth of Massachusetts.

2. Defendant, BOAT WORLD, is a for-profit business engaged in the sale of recreational powerboats, and located at the Quincy Bar Marina complex in the City of Quincy, Commonwealth of Massachusetts.

3. Defendant, POWER BROKERS, INC., is a for-profit business engaged in the sale of recreational powerboats, and located at the Quincy Bar Marina

complex in the City of Quincy, Commonwealth of Massachusetts.

## COUNT I

4. Plaintiffs REGAN repeat and reallege each and every allegation that appears in paragraphs 1 through 3, supra.

5. Plaintiffs REGAN purchased a recreational powerboat from the said two Defendants, to wit: a 1980 model, 33 foot long "Egg Harbor" vessel, bearing manufacturer's serial number "EGG33852M80A", for a gross price of $ 45,000.00, which purchase amount was promptly paid in full.

6. At the time of said sale, the subject vessel had a defective generator, the purpose of which was to provide electric power to the vessel's batteries and to its associated electric equipment.

7. At the time of said sale, the two Defendants and their sales and management personnel knew that the generator was defective, inoperative and dangerous to life and property, and dangerous to the vessel itself.

8. Plaintiffs REGAN have made demand on the said Defendants to repair said electric generator, and have been refused relief or a response.

9. Plaintiffs REGAN are without any fault in this matter.

10. Plaintiffs REGAN have been damaged by the said Defendants.

WHEREFORE, Plaintiffs REGAN demand a judgment be entered against the two Defendants, jointly and severally, together with interest, costs, reasonable attorney fees, and such other and further relief as to this Honorable Court is deemed just and proper.

Date:   December 15, 2003

> JOHN W. REGAN, and,
> KAREN S. REGAN
> Plaintiffs Herein
> BY HIS ATTORNEY,
>
> *[signature]* 12/15/03
> THOMAS F. MURPHY, JR.
> [ Mass. BBO No. 361940 ]
> 25 Garden Road
> Wellesley Hills, Massachusetts
>     02481-3018
> (781) 431-2207