# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JOHN W. REGAN, ET AL.,
        Plaintiffs

            CIVIL ACTION NO.:
v.         03-12548-EFH

BOAT WORLD, ET AL.,
        Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL

April 20, 2004

HARRINGTON, S.D.J.

The Court dismisses the above-entitled case for failure of the plaintiffs to serve the defendants with the Complaint within the time period required by Rule 4 of the Federal Rules of Civil Procedure.

SO ORDERED.

                                        /s/ Edward F. Harrington
                                        EDWARD F. HARRINGTON
                                        United States Senior District Judge